**Corinna Spencer-Scheurich,** OSB #130147
corinna@nwjp.org
Northwest Workers' Justice Project
812 SW Washington, Suite 225
Portland, Or 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

**D. Michael Dale**, OSB #771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113
Telephone: (503) 357-8290
Facsimile: (503) 946-3089

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STACEY MYERS** | |
| Plaintiff, | |
| v. | Civil No.:    3:16-CV-1968-MO |
| **LIONESS HOLDINGS LLC,** a foreign limited liability company, and **TAN REPUBLIC FRANCHISE COMPANY LLC**, a domestic limited liability company, | NOTICE OF VOLUNTARY DISMISSAL |
| Defendants. | |

TO THE HONORABLE DISTRICT JUDGE MICHAEL W. MOSMAN, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiff by and through his attorney, voluntarily dismisses this lawsuit because the parties have resolved the matter to their mutual satisfaction. Such dismissal should be with prejudice, with each side to bear its

1    NOTICE OF VOLUNTARY DISMISSAL

own costs and fees.

    Respectfully submitted this 6th day of September, 2017.

        /s/ D. Michael Dale
D. Michael Dale, OSB #771507
Of Attorneys for Plaintiff

2   NOTICE OF VOLUNTARY DISMISSAL

CERTIFICATE OF SERVICE

      I, D. Michael Dale, hereby certify that I served the foregoing NOTICE OF VOLUNTARY DISMISSAL by e-filing and delivering a true copy via email to Defendant at the following address:

Mark Griffin, mark@markgriffin.com, for Defendant Tan Republic Franchise Company LLC.

Dated this 6th day of September, 2017.

                                               /s/ D. Michael Dale
                                               D. Michael Dale, OSB #771507
                                               Of Attorneys for Plaintiff